CAROL W. WU
25A Crescent Drive #413
Pleasant Hill, CA 94523
(408) 404-7040
Trustee in Bankruptcy

FILED
MAY -8 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:

**DWIGHT EDWARD CLARK**

Debtor(s)

Case No. **11-53491-SLJ**

Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,000.00. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Friends of Sabercats LLC<br>1484 Pollard Road #536<br>Los Gatos, CA 95032 | N/A | $2,000.00 |

Total Unclaimed Dividends: 2,000.00

Dated: May 6, 2015

CAROL W. WU, TRUSTEE